UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

JANET ANGEL, SOPHIA KIMBLE, and
RONNIE KIMBALL                                                                          PLAINTIFFS

V.                                                              CIVIL ACTION NO. 1:08CV635LTS-RHW

MERASTAR INSURANCE COMPANY                                                    DEFENDANT

## JUDGMENT OF DISMISSAL WITHOUT PREJUDICE

This cause comes before the Court *sua sponte*, pursuant to an [7] Order of Severance, and the Court finds it appropriate that this action should be dismissed, without prejudice.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that this action be, and it is hereby dismissed without prejudice with each party to bear its own costs.

**SO ORDERED AND ADJUDGED** this the 7th of January, 2009.

                                                    s/ L. T. Senter, Jr.

                                                    L. T. SENTER, JR.

                                                    SENIOR JUDGE